*Perlman* for the United States. *Wesley E. Disney* and *F. M. Goodwin* for respondent.

No. 304. LITTLETON *v.* DELASHMUTT. C. A. 4th Cir. Mathy, Executor, substituted for Littleton. Certiorari denied. *Elmer McClain* for petitioner. *James H. Simmonds* for respondent.

No. 323. CRUMMER COMPANY ET AL. *v.* BARKER, U. S. DISTRICT JUDGE. C. A. 5th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Robert J. Pleus, Chris Dixie* and *Joseph P. Lea, Jr.* for petitioners. *Richard W. Ervin,* Attorney General of Florida, *Ralph McLane,* Assistant Attorney General, *Charles R. Scott, Henry P. Adair, Donald Russell* and *H. M. Voorhis* for respondent.

No. 386. RYAN ET AL. *v.* SIMONS, PRESIDENT OF NEWSPAPER & MAIL DELIVERERS' UNION OF NEW YORK, ET AL. Court of Appeals of New York. Certiorari denied. *Arthur G. Warner* and *James E. Birdsall* for petitioners. *Samuel Duker* for the Newspaper & Mail Deliverers' Union of New York; and *Stuart N. Updike* for the News Syndicate Co., respondents.

No 390. BROADY *v.* ILLINOIS CENTRAL RAILROAD Co. C. A. 7th Cir. Certiorari denied. *Edward J. Fruchtman* and *Richard F. Watt* for petitioner. *Herbert J. Deany, Joseph H. Wright, Charles A. Helsell* and *John W. Freels* for respondent.

No. 393. WILSON ET AL. *v.* KITCHENS. Supreme Court of Arkansas. Certiorari denied. *J. E. Gaughan*